1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE GEORGE ERWIN, JR., | )   1:05-cv-00798-OWW-TAG-HC |
| | ) |
| Petitioner, | )   ORDER DENYING PETITIONER'S MOTION |
| | )   FOR ISSUANCE OF MISCELLANEOUS |
| | )   ORDERS |
| v. | ) |
| | )   (Doc. 9) |
| JEANNE WOODFORD, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |
| _____ | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 17, 2005, Petitioner filed his petition in this Court. (Doc. 1). On October 26, 2005, Petitioner filed the instant motion a motion requesting that the Court issue an order that Respondent comply with certain Local Rules of Court, that Respondent serve and file a Return to the Petition, that certain procedures be specified by which the parties may file motions for extensions of time, that the case will be deemed submitted without oral argument upon the filing of the Traverse or the day Respondent's Reply is filed, and that said Order would be served on Respondent. (Doc. 9).

Rule 4 of the Rules Governing § 2254 Cases requires the Court to make a preliminary review of each petition for writ of habeas corpus. The Court must dismiss a petition "[i]f it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief." Rule 4 of the Rules Governing § 2254 Cases; Hendricks v. Vasquez, 908 F.2d 490 (9th Cir.1990). Otherwise, the Court will order Respondent to respond to the Petition. Rule 5 of the Rules Governing § 2254 Cases.

1    Here, due to the size of the Court's docket, the Court has not yet conducted its preliminary

2  review of the Petition.  Accordingly, it is premature to issue any orders regarding actions that parties

3  will or will not be required to make during the course of these proceedings.  However, once the

4  Court has conducted its preliminary screening of this Petition, the Court will enter such orders as are

5  appropriate under the circumstances of this case, and as provided by federal law and the Local Rules

6  of the Eastern District of California.

7    Therefore, the Court HEREBY ORDERS that Petitioner's Motion for issuance of

8  miscellaneous orders (Doc. 9), is DENIED without prejudice, as premature.

9

10  IT IS SO ORDERED.

11  Dated:   **September 6, 2006**                                    **/s/ Theresa A. Goldner**
    **j6eb3d**                                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28